

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN THE INTEREST OF        §

B.R.F,                    §            No. 08-21-00110-CV

A CHILD.                  §              Appeal from the

                         §             109th District Court

                         §           of Winkler County, Texas

                         §            (TC# DC20-17,846)

                         §

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant has not complied with multiple directives for information from the Clerk's Office, we dismiss this appeal for want of prosecution.

Father C.J.H., pro se, appealed an order granting Mother C.M.F.'s private petition to terminate Father's parental rights to Child B.R.F. on June 17, 2021. Since filing his notice of appeal, Father has failed to: (1) pay the $205 filing fee to this Court or otherwise show he is exempt from paying costs; (2) comply with the Court's request for a reasonable explanation for why his notice of appeal was late but within the 15-day grace period as required under *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); (3) make payment arrangements with the district clerk for the

1

clerk's record; and (4) failed to make payment arrangements with the court reporter for the reporter's records.

The Clerk of the Court has sent multiple letters asking Father to correct each of these matters, informing Father that failure to correct these matters could result in dismissal without further notice. As of this date, we have not received any response to the Clerk's correspondence.

This Court has the ability to dismiss a case for want of prosecution, or to dismiss a case because the appellant has failed to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specific time. *See* TEX. R. APP. P. 42.3(b), (c). Because Father has failed to take any action to prosecute this appeal or respond to directives from the Clerk of the Court, we dismiss this case for want of prosecution.


                                          GINA M. PALAFOX, Justice

July 30, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.